## 39406.   BAUCOM v. THE STATE.

JORDAN, Judge.   The defendant under an indictment charging
him with the offense of receiving stolen goods was tried and
convicted in the Superior Court of Gwinnett County.   His
motion for new trial on the general grounds only was denied
and he excepted to that judgment.   *Held:*
The evidence in this case was sufficient to authorize the verdict
of the jury and the trial court did not err in overruling the
motion for new trial on the general grounds.
*Judgment affirmed.   Nichols, P. J., and Frankum, J., concur.*

DECIDED APRIL 3, 1962.

*Dudley S. Hancock,* for plaintiff in error.
*Jack Holland, Solicitor-General,* contra.